FRANCIS P. WILSON, *Appellant,* v. THE POLICE
DISABILITY BOARD OF THE CITY OF
BREMERTON, *Respondent.*

Appeal from a judgment of the Superior Court for Kitsap

County, No. 81-2-00475-1, Gerald B. Chamberlin, J., entered August 21, 1981. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Petrich, C.J., and Worswick, J.